UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEDOM MORTGAGE CORP.,

                Plaintiff,

-against-

STEPHEN DOUSE and TRISHANNA DOUSE,

                Defendants.

**ORDER**

22-CV-07904 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Before the Court is the Plaintiff's motion to voluntarily dismiss the Complaint pursuant to Fed. R. Civ. P. § 41(a)(2) and cancel the Notice of Pendency of Action pursuant to New York Civil Practice Law & Rules ("N.Y. C.P.L.R.") § 6514(a).

    The action was commenced by filing of the Summons and Complaint on September 15, 2022, copies of which were served on the Defendants. Thereafter, the Plaintiff entered into a loan modification agreement with the Defendants, which settled the residential mortgage foreclosure action and resolved the mortgage loan default and delinquency. (Doc. 12).

    On these grounds, it is hereby:

    **ORDERED, ADJUDGED AND DECREED,** the Plaintiff's motion to voluntarily dismiss the Complaint is granted; and it is further

    **ORDERED, ADJUDGED AND DECREED,** the Plaintiff's residential mortgage foreclosure action is voluntarily dismissed, pursuant to Fed. R. Civ. P. § 41(a)(2); and it is further

    **ORDERED, ADJUDGED, AND DECREED,** that pursuant to N.Y. C.P.L.R. § 6514(a), the County Clerk of Orange County is directed, upon payment of proper fees, if any, to cancel and discharge a certain Notice of Pendency filed in this action on the September 28, 2022 and in the Office of the Clerk of the United State District Court for the Southern District of New York, and

any other filing against the property known as 23 Lake Region Boulevard, Monroe, NY 10950, and said Clerk is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation referring to this Order.

      The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated:   White Plains, New York
           December 9, 2022

_____
PHILIP M. HALPERN
United States District Judge